

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 18, 2023

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

     Re:    *United States v. Domenech*, 15 Cr. 371 (NRB)

Dear Judge Buchwald:

    The Government writes to update the Court of the status of the above-captioned matter. In light of the disposition of the defendant's case in state court, the Government moves, with the consent of Probation, to dismiss all specifications filed against the defendant in Probation's August 30, 2022 violation report.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    *[signature]*
    Jaclyn Delligatti
    Assistant United States Attorney
    Southern District of New York
    (212) 637-2559
    Jaclyn.Delligatti@usdoj.gov